# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:98-CR-52-001 |
| v. ) | |
| ) | |
| Arthur Lee Jefferson ) | JUDGE JORDAN |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the Defendant, Arthur Lee Jefferson. The Defendant admits that he has violated certain conditions of his supervised release. An agreement has been reached between the parties, recommending that the Defendant's supervised release should be revoked and that he should receive a sentence of twenty-eight (28) months of imprisonment to be followed by no term of supervised release. The parties further agree the Defendant should be recommended for housing at a Bureau of Prisons facility in close proximity to Eastern Tennessee.

The Defendant waives his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waives his right to allocute at a revocation hearing, and asks that the agreement of the Defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The violations committed by the Defendant are "Grade B" violations. The Defendant's criminal history category is VI. The advisory guideline range is 21-27 months, and there is a statutory maximum of sixty (60) months imprisonment. The Court has also

considered the factors listed in 18 U.S.C. § 3553(a).

The Court finds that the recommended sentence is sufficient but not greater than necessary to comply with the statutory purpose set forth in 18 U.S.C. § 3553(a). The recommended sentence is within the statutory maximum, is necessary to reflect the seriousness of the offenses committed by the Defendant, promote respect for the law, and deter others who violate supervised release.

Based on the foregoing, the Court concludes that the recommended sentence is sufficient, but not greater than necessary to accomplish the purposes set forth in 18 U.S.C. § 3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS ORDERED, therefore, that the Defendant's supervised release is hereby REVOKED. The Defendant is sentenced to a term of twenty-eight (28) months of imprisonment to be followed by no term of supervised release. It is further recommended that his sentence be served at a Bureau of Prisons facility in close proximity to Eastern Tennessee.

ENTER this the 9th day of DEC, 2013.

Hon. Leon Jordan
United States District Judge

APPROVED FOR ENTRY:

_Kelly A. Norris_ (Bobby Hutson / by permission)
Kelly A. Norris
Assistant U.S. Attorney

_Bobby E. Hutson_
Bobby E. Hutson, Jr.
Assistant Federal Defender

X _Arthur Jefferson_
Arthur Lee Jackson
Defendant

_Kathryn Callaway_ (Bobby Hutson / by permission)
Kathryn Callaway
U.S. Probation Officer